UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
IN RE: WORLD TRADE CENTER LOWER            21 MC 100
MANHATTAN DISASTER SITE LITIGATION
----------------------------------X
TERRANCE EDMUNDS,                          07CV 5204

                Plaintiff,

    - against –

WSP CANTOR SEINUK,

                Defendant.
----------------------------------X

**NOTICE OF WSP CANTOR SEINUK'S**
**ADOPTION OF AMENDED ANSWER TO MASTER COMPLAINT**

PLEASE TAKE NOTICE THAT Defendants WSP Cantor Seinuk, as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt the Defendants' Amended Answer to Master Complaint, dated January 15, 2008, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 06 CV 12152.

WHEREFORE, WSP Cantor Seinuk Defendant demands judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated:    New York, New York
          June 16, 2008

                GOGICK, BYRNE & O'NEILL, LLP

      By:  s/Kevin J. O'Neill_____
           Kevin J. O'Neill (KJO-5113)
           Attorneys for Defendants
           WSP Cantor Seinuk
           11 Broadway, Suite 1560
           New York, New York  10004-1314
           (212) 422-9424